## IN THE
## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## ROCK ISLAND DIVISION

MAYVONNIE FANCHER, ex rel. D.F., a minor,
    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

Case No. 4:14-cv-04054-JEH

### Order

The Court has reviewed the Defendant's Agreed Motion to Award Attorney Fees and Expenses (Doc. 25) and therefore awards the Plaintiff, Mayvonnie Fancher, ex rel. D.F., a minor, $7,068.75 (seven thousand sixty-eight dollars and seventy-five cents) for attorney fees and expenses in full satisfaction and settlement of any and all claims the Plaintiff may have under the Equal Access to Justice Act, 28 U.S.C. § 2412.  The award fully and finally satisfies any and all claims for attorney fees, expenses, and costs that may be payable to the Plaintiff in this matter under the EAJA.

Any fees paid belong to the Plaintiff and not her attorney.  The fees can be offset to satisfy any pre-existing debt that the Plaintiff owes the United States.  *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010).  The Plaintiff has provided the Defendant with a valid assignment of fees.  If the Defendant can verify that the Plaintiff does not owe pre-existing debt to the government subject to offset, the Defendant will direct payment of the award to the Plaintiff's attorney pursuant to the EAJA assignment.

*It is so ordered.*

Entered on March 15, 2016.

    s/Jonathan E. Hawley
    U.S. MAGISTRATE JUDGE